**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00213-MJW

---

RONETTE PERKINS,

    **Plaintiff**,

v.

ZYNEX MEDICAL, INC., a Colorado corporation,

    **Defendant.**

---

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

Defendant Zynex Medical, Inc., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby states that Zynex Medical, Inc. is a 100% owned subsidiary of Zynex, Inc.

Respectfully submitted this 10th day of April, 2017.

    S/ Erik K. Schuessler
    Dana L. Eismeier (#14379)
    Erik K. Schuessler (#42595)
    BURNS, FIGA & WILL, P.C.
    6400 S. Fiddlers' Green Circle, Suite 1000
    Greenwood Village, CO  80111
    Phone Number:    303-796-2626
    Fax Number:         303-796-2777
    E-mails:                  deismeier@bfwlaw.com
                           eschuessler@bfwlaw.com

    **Attorneys for Defendant
    Zynex Medical, Inc.**

Case 1:17-cv-00213-RPM Document 13 Filed 04/10/17 USDC Colorado Page 2 of 2


## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of April, 2017, I electronically filed the foregoing **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Sara A. Green, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street
Suite 700
Denver, Colorado  80202

     S/ Erik K. Schuessler
Dana L. Eismeier (#14379)
Erik K. Schuessler (#42595)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:   303-796-2626
Fax Number:     303-796-2777
E-mails:        deismeier@bfwlaw.com
                eschuessler@bfwlaw.com