## MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Watanabe

DATE: June 29, 2017

RE: Ronnette Perkins v. Zynex Medical, Inc.
Case No. 17-cv-00213-RPM-MJW

   \_\_\_    A settlement conference was held on this date, and no settlement was reached as to any claims in this action.

   \_X\_\_    A settlement conference was held on this date, and a settlement was reached as to

   \_\_\_\_\_    All claims in this action. The parties shall file a stipulated motion to dismiss on or before **July 17, 2017.**

   \_\_\_\_\_    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: <u>6 Hours 00 Minutes</u>

   \_\_\_\_\_    A record was made     <u> X  </u> No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

   \_\_\_\_\_    Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: \_\_\_\_\_hours \_\_\_\_\_minutes.