**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00213-RPM

---

RONETTE PERKINS,

      **Plaintiff**,

v.

ZYNEX MEDICAL, INC., a Colorado corporation,

      **Defendant.**

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

      Plaintiff, Ronette Perkins, and Defendant, Zynex Medical, Inc., by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, each party to bear her or its own attorneys' fees and costs.

      Respectfully submitted this 18th day of July, 2017.

<table>
<tr>
<td> S/ Sara A. Green</td>
<td> S/ Erik K. Schuessler</td>
</tr>
<tr>
<td>Sara A. Green (#34403)</td>
<td>Erik K. Schuessler (#42595)</td>
</tr>
<tr>
<td>BACHUS & SCHANKER, LLC</td>
<td>BURNS, FIGA & WILL, P.C.</td>
</tr>
<tr>
<td>1899 Wynkoop Street, Suite 700</td>
<td>6400 S. Fiddlers' Green Circle, Suite 1000</td>
</tr>
<tr>
<td>Denver, Colorado 80202</td>
<td>Greenwood Village, CO 80111</td>
</tr>
<tr>
<td>Phone No.: 303-893-9800</td>
<td>Phone No.: 303-796-2626</td>
</tr>
<tr>
<td>Fax No.: 303-893-9900</td>
<td>Fax No.: 303-796-2777</td>
</tr>
<tr>
<td>E-Mail: Sara.Green@Coloradolaw.net</td>
<td>E-mail: eschuessler@bfwlaw.com</td>
</tr>
<tr>
<td>**Attorneys for Plaintiff**<br>**Ronette Perkins**</td>
<td>**Attorneys for Defendant**<br>**Zynex Medical, Inc.**</td>
</tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2017, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Sara A. Green, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street
Suite 700
Denver, Colorado  80202

 S/ Erik K. Schuessler
Dana L. Eismeier (#14379)
Erik K. Schuessler (#42595)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:   303-796-2626
Fax Number:   303-796-2777
E-mails:   deismeier@bfwlaw.com
   eschuessler@bfwlaw.com